MATSUURA_Yuji.ord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
SEP 18 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YUJI MATSUURA,<br><br>Defendant. | CRIMINAL CASE NO. 03-00063<br><br>**O R D E R**<br><br>Re: United States Petition for Modification of Judgment and/or Clarification |

Based upon the Plaintiff's Petition for Modification of Judgment and/or Clarification, the Court hereby orders the amount of restitution to be $95,837.73 as the total amount owed to the payees and respective amounts owed. Accordingly, the judgment shall be so modified.

**IT IS SO ORDERED**, this 18th day of September, 2006.

MORRISON C. ENGLAND
Designated Judge
District Court of Guam

ORIGINAL